The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WALENTYNA PIATEK and EUGENIUSZ ANTONI PIATEK, wife and husband; and STANISLAW PIATEK, an unmarried individual,<br><br>Plaintiffs,<br><br>v.<br><br>RENATA ANNA PIATEK, an unmarried individual,<br><br>Defendant. | NO. 3:08-cv-05667-RBL<br><br>**ORDER GRANTING RENATA PIATEK'S MOTION TO ABANDON PERSONAL PROPERTY** |

THIS MATTER, having come on before the undersigned Judge on the motion of Renata Piatek to abandon the personal property left at the Buckley house, the Court having reviewed and considered Renata Piatek's Motion to Abandon Personal Property, the accompanying Declaration of Roger J. Kindley in support thereof and attached exhibits, any response, and any reply, having reviewed the files and records herein, and being otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Renata Piatek's Motion to Abandon Personal Property is GRANTED; and it is further



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

ORDERED, ADJUDGED, AND DECREED that Stanislaw Piatek and Magdalena Siudy have until December 15, 2008 to remove personal property from the house legally described as

> Lot 84 of White River Estates as per Plat recorded November 29, 2004 under Recording No. 200411295001, Records of Pierce County Auditor, situate in the County of Pierce, State of Washington.

("the premises"). Should either of them wish to make arrangements to remove the remaining items, they shall pay in advance $200 for the time of a Pierce County Sheriff's Deputy and shall coordinate the time for removal through counsel and it is further

ORDERED, ADJUDGED, AND DECREED that any personal property remaining at the premises after December 15, 2008 may be donated to charity or otherwise discarded by Renata Piatek.

DATED this 26th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By *s/Roger J. Kindley*
Roger J. Kindley, WSBA #11875
Britenae M. Pierce, WSBA #34032
Attorneys for Renata Piatek

PROPOSED ORDER GRANTING RENATA PIATEK'S
MOTION TO ABANDON PERSONAL PROPERTY - 2
No. 3:08-cv-05667-RBL

548758.01


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359